

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05-CR-00124-DOC-6 |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| ANTHONY LEBRON, | ) | |
| Defendant. | ) | |

The defendant, having been remanded into custody pending further review of an alleged violation of supervised release by Hon. David O. Carter, and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Instant allegations including repeated admitted drug use suggest lack of amenability to supervision

1

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: see A. above

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 2/26/19

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge